UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MALACHI DAVIS,

    Petitioner,

v.                                          CASE NO. 6:08-cv-189-Orl-19GJK

UNITED STATES OF AMERICA,

    Respondent.

---

## **ORDER**

This case is before the Court on the following motions:

    1.     Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 12, filed April 21, 2008) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.  Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 11, filed April 21, 2008) is **DENIED**.  This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this  24th   day of April, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 4/24
Counsel of Record
Malachi Davis

---

[1] Although Petitioner filed the instant action seeking relief under 28 U.S.C. § 2241, this Court concluded that Petitioner was ultimately seeking relief pursuant § 2255 and was attempting to escape the restrictions on second or successive § 2255 motions by filing pursuant to § 2241.  *See* Doc. No. 6.  Therefore, Petitioner may not appeal unless a district judge issues a certificate of appealability under 28 U.S.C. § 2253(c).  *See* Fed.R.App.P. 22(b)(1).  Petitioner's Notice of Appeal (Doc. No. 11, filed April 21, 2008) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

2